UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
|---|---|---|
| Daniel E. Brown | § | Case No. 13-25553 |
| | § | |
| | § | |
| Debtors(s) | § | |

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 06/21/2013. The undersigned trustee was appointed on 11/20/2017.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. §522, or have been or will be abandoned pursuant to 11 U.S.C. §554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 480,972.56 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative Expenses | | 155,892.00 |
| Bank Service Fees | | 1,169.51 |
| Other Payments to Creditors | | 0.00 |
| Non-Estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the Debtor | | 0.00 |
| Other Payments to Debtor | | 0.00 |
| Leaving a balance on hand of [1] | $ | 323,911.05 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) Page 1

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 03/02/2018 and the deadline for filing governmental claims was 03/02/2018. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C.**

7. The Trustee's proposed distribution is attached as **Exhibit D.**

8. Pursuant to 11 U.S.C. §326(a), the maximum compensation allowable to the trustee is $27,298.63. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests a sum of $25,000.00, for a total compensation of $25,000.00. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $44.73 for total expenses of $44.73

Pursuant to Fed. R. Bank. P. 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date :   09/11/2018                                    By :   /s/ Elizabeth C. Berg
                                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4 (a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No: 13-25553  
Case Name: Daniel E. Brown  
Judge: Janet S. Baer  
Trustee Name: Elizabeth C Berg  
Date Filed (f) or Converted (c): 06/21/2013 (f)  
341(a) Meeting Date: 07/29/2013  
For Period Ending: 09/11/2018  
Claims Bar Date: 03/02/2018  

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1. 210 76th Street Holmes Beach, FL 34217 | 450,000.00 | 0.00 | | 0.00 | FA |
| 2. 2304 45th Street East Bradenton, FL 34208 | 350,000.00 | 0.00 | | 0.00 | FA |
| 3. 1/2 interest in Furniture and Misc. Household goods | 1,000.00 | 0.00 | | 0.00 | FA |
| 4. Clothing of an adult Male | 250.00 | 0.00 | | 0.00 | FA |
| 5. 401k Brown's Supermarket, Inc | 2,000.00 | 0.00 | | 0.00 | FA |
| 6. UFCW Pension Fund Pension vested | Unknown | 0.00 | | 0.00 | FA |
| 7. 100% of Stock in Brown's Supermarket, Inc. In Chapter 7 | 0.00 | 0.00 | | 0.00 | FA |
| 8. 100 % of Stock in DANZ, Inc. no assets | 0.00 | 0.00 | | 0.00 | FA |
| 9. 2011 Ford F250 45,000 miles | 38,000.00 | 0.00 | | 0.00 | FA |
| 10. 2012 Ford F250 | 45,000.00 | 0.00 | | 0.00 | FA |
| 11. 2010 Ford FLEX 130,000 miles | 15,000.00 | 0.00 | | 0.00 | FA |
| 12. 2013 Jeep 120,000 miles | 36,500.00 | 0.00 | | 0.00 | FA |
| 13. 2007 Searay 25 SLX | 25,000.00 | 0.00 | | 0.00 | FA |
| 14. Debtor's interest in Class Action Lawsuit v. SuperValu  (u) | 0.00 | 480,753.20 | | 480,753.20 | FA |
| INT. Post Petition Intererst (u) | 0.00 | NA | | 219.36 | FA |

UST Form 101-7-TFR (5/1/2011) (Page 3)                                                                                                                Exhibit A

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 13-25553 | Judge: | Janet S. Baer | Trustee Name: | Elizabeth C Berg |
|---|---|---|---|---|---|
| Case Name: | Daniel E. Brown | | | Date Filed (f) or Converted (c): | 06/21/2013 (f) |
| | | | | 341(a) Meeting Date: | 07/29/2013 |
| For Period Ending: | 09/11/2018 | | | Claims Bar Date: | 03/02/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| | | | | | **Gross Value of Remaining Assets** |
| TOTALS (Excluding Unknown Values) | 962,750.00 | 480,753.20 | | 480,972.56 | 0.00 |

Re Prop. #13   Stay lifted per order 9/5/13 [Dkt. 14]
Re Prop. #14   Non-scheduled class action lawsuit known as "In re Wholesale Grocery Products Antitrust Litigation pending in United States District Court for Dst. of Minnesota (Case No. 09-MD-02090- ADM-TNL)
Re Prop. #INT   Trustee invested the Estate's funds into an interest bearing account

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

August 2018: This case was filed in June 2013.  The Trustee reviewed the Debtor's schedules of assets and liabilities, statements of financial affairs and conducted a section 341 examination of the Debtor.  Thereafter, Trustee determined there were no assets of value and, on July 31, 2013, filed a report of no distribution.  On October 3, 2013, this case was closed and the Trustee was discharged.
In or about October 2017, Trustee became aware of the Debtor's interest in an unscheduled class action lawsuit ("Lawsuit").  Debtor, as the former principal of Brown's Supermarket, Inc.,  was entitled to recover a portion of the proposed settlement proceeds from the Lawsuit based upon the pre-petition purchases by Brown's Supermaket.   Pursuant to this Court's order dated November 17, 2017 [Dkt. 19], this case was re-opened to administer the Estate's interest in the Lawsuit and, then, the UST reappointed Ms. Berg as the chapter 7 trustee.   Upon her reappointment, Trustee retained attorneys and accountants to assist her in the administration of this case.  Trustee collected the Debtor's share of the settlement proceeds from the Lawsuit; Trustee reviewed, analyzed and verified claims filed against the Estate.  Trustee resolved claims issues without the need for any formal claim objections.  Trustee oversaw the preparation and filing of Estate tax matters and otherwise prepared this case to be closed.  Trustee prepared her TFR.

Initial Projected Date of Final Report(TFR) :          Current Projected Date of Final Report(TFR) :  08/28/2018

| Trustee's Signature | /s/Elizabeth C Berg | Date: | 09/11/2018 |
|---|---|---|---|
| | Elizabeth C Berg | | |
| | 20 N. Clark St., Suite 200 | | |
| | Chicago, IL 60602 | | |
| | Phone : (312) 726-8150 | | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 13-25553 | | Trustee Name: | Elizabeth C Berg |
|---|---|---|---|---|
| Case Name: | Daniel E. Brown | | Bank Name: | Texas Capital Bank |
| | | | Account Number/CD#: | ******5377 Checking Account |
| Taxpayer ID No: | **-***6082 | | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 9/11/2018 | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 03/13/2018 | [14] | Champaign DC Non-Arbitration Class Settlement Fund<br>c/o JND Legal Administration<br>PO Box 6908<br>Broomfield, CO 80021 | Class Action Lawsuit proceeds | 1229-000 | 480,753.20 | | 480,753.20 |
| 03/30/2018 | [INT] | Texas Capital Bank | Interest from Bank | 1270-000 | 26.34 | | 480,779.54 |
| 04/03/2018 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 498.39 | 480,281.15 |
| 04/30/2018 | [INT] | Texas Capital Bank | Interest Earned | 1270-000 | 39.48 | | 480,320.63 |
| 05/03/2018 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 671.12 | 479,649.51 |
| 05/31/2018 | [INT] | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Interest Earned | 1270-000 | 40.74 | | 479,690.25 |
| | | | | Page Subtotals | 480,859.76 | 1,169.51 | |

UST Form 101-7-TFR (5/1/2011) (Page 5)

Exhibit B

| Case No: | 13-25553 | | | Trustee Name: | Elizabeth C Berg |
|---|---|---|---|---|---|
| Case Name: | Daniel E. Brown | | | Bank Name: | Texas Capital Bank |
| | | | | Account Number/CD#: | ******5377 Checking Account |
| Taxpayer ID No: | **-***6082 | | | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 9/11/2018 | | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 06/29/2018 | [INT] | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Interest Earned | 1270-000 | 39.43 | | 479,729.68 |
| 07/31/2018 | [INT] | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Interest Earned | 1270-000 | 40.74 | | 479,770.42 |
| 08/07/2018 | 51001 | Illinois Department of Revenue<br>P.O. Box 19053<br>Springfield, IL 62794-9053 | State Tax Due for Tax Year 2018<br>FEIN:***6082<br>IL-1041-V | 2820-000 | | 21,141.00 | 458,629.42 |
| 08/07/2018 | 51002 | United States Treasury | 2018 Form 1041 - Federal Tax Due<br>EIN: ***6082 | 2810-000 | | 134,751.00 | 323,878.42 |
| 08/31/2018 | [INT] | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Interest Earned | 1270-000 | 32.63 | | 323,911.05 |
| | | | | Page Subtotals | 112.80 | 155,892.00 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 13-25553 | Trustee Name: | Elizabeth C Berg |
| Case Name: | Daniel E. Brown | Bank Name: | Texas Capital Bank |
| | | Account Number/CD#: | ******5377 Checking Account |
| Taxpayer ID No: | **-***6082 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 9/11/2018 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |

Page Subtotals

|  |  |  |
|---|---|---|
| **COLUMN TOTALS** | 480,972.56 | 157,061.51 |
| Less:Bank Transfer/CD's | 0.00 | 0.00 |
| **SUBTOTALS** | 480,972.56 | 157,061.51 |
| Less: Payments to Debtors | | 0.00 |
| **Net** | 480,972.56 | 157,061.51 |

| | | | |
|---|---|---|---|
| **TOTAL-ALL ACCOUNTS** | **NET DEPOSITS** | **NET DISBURSEMENTS** | **ACCOUNT BALANCE** |
| All Accounts Gross Receipts: 480,972.56 | | | |
| All Accounts Gross Disbursements: 157,061.51 | ******5377 Checking Account | 480,972.56 | 157,061.51 |
| All Accounts Net: 323,911.05 | | | |
| | **Net Totals** | 480,972.56 | 157,061.51 | 323,911.05 |

Case: 13-25553  
Daniel E. Brown

Elizabeth C Berg  
CLAIMS REGISTER  
EXHIBIT C Page 1

Claims Bar Date: 03/02/18    Government Bar Date: 03/02/18

| Claim No. | Creditors | UTC | Scheduled | Claimed | Allowed | Paid | Balance |
|---|---|---|---:|---:|---:|---:|---:|
| | Elizabeth C. Berg, Trustee<br>20 N Clark St<br>Suite 200<br>Chicago, IL 60602 | 2100<br>ADMIN | 0.00 | 25,000.00 | 25,000.00 | 0.00 | 25,000.00 |
| | Trustee voluntarily is seeking less than the maximum compensation allowable pursuant to section 326 of the Code. | | | | | | |
| | Elizabeth C. Berg, Trustee<br>20 N Clark St<br>Suite 200<br>Chicago, IL 60602 | 2200<br>ADMIN | 0.00 | 44.73 | 44.73 | 0.00 | 44.73 |
| | Trustee expenses | | | | | | |
| | United States Treasury (IRS) | 2810<br>ADMIN | 0.00 | 134,751.00 | 134,751.00 | 134,751.00 | 0.00 |
| | Estate (2018 - Form 1040) federal income tax due | | | | | | |
| | IL Dept of Revenue | 2820<br>ADMIN | 0.00 | 21,141.00 | 21,141.00 | 21,141.00 | 0.00 |
| | Estate (2018 - Form IL 1040) state income tax due | | | | | | |
| | Baldi Berg, Ltd.<br>20 N. Clark St., Suite 200<br>Chicago, IL 60602 | 3110<br>ADMIN | 0.00 | 4,572.00 | 4,572.00 | 0.00 | 4,572.00 |
| | Kutchins, Robbins &<br>1101 Perimeter Dr., Suite760<br>Schaumburg, IL 60173 | 3410<br>ADMIN | 0.00 | 1,484.00 | 1,484.00 | 0.00 | 1,484.00 |
| | Trustee's Accountants final fees | | | | | | |
| **ADMINISTRATIVE TOTAL** | | | **0.00** | **186,992.73** | **186,992.73** | **155,892.00** | **31,100.73** |
| 00006 | IL Dept Employ Security<br>33 S State St<br>Chicago, IL 60603<br>Filed: 01/29/18<br>Claim withdrawn/amended to $0 - 8/21/18 [Dkt. No. 29] | 4800<br>SEC TAX | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **SECURED TOTAL** | | | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** |
| 00005 | IL Dept of Revenue-<br>PO Box 19035<br>Springfield, IL 62794<br>Filed: 01/18/18 | 5800<br>PRIORITY | 40,633.00 | 40,306.00 | 40,306.00 | 0.00 | 40,306.00 |

| Case: | 13-25553 | | | | | Elizabeth C Berg |
|---|---|---|---|---|---|---|
| Daniel E. Brown | | | | | | CLAIMS REGISTER |
| | | | | | | EXHIBIT C Page 2 |

Claims Bar Date: 03/02/18   Government Bar Date: 03/02/18

| Claim No. | Creditors | UTC | Scheduled | Claimed | Allowed | Paid | Balance |
|---|---|---|---:|---:|---:|---:|---:|
| 00006A | IL Dept Employ Security<br>33 S State St<br>Chicago, IL 60603<br>Filed: 01/29/18<br>Claim withdrawn/amended to $0 - 8/21/18 [Dkt. No. 29] | 5800<br>PRIORITY | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **PRIORITY TOTAL** | | | **40,633.00** | **40,306.00** | **40,306.00** | **0.00** | **40,306.00** |
| 00001 | Michael Foods, Inc.<br>301 Carlson Pkwy Ste 400<br>Minnetonka, MN 55305<br>Filed: 08/23/13 | 7100<br>UNSEC | 0.00 | 803.46 | 803.46 | 0.00 | 803.46 |
| 00002 | Hibu Inc f/k/a Yellowbook Inc<br>PO Box 5126<br>Timonium, MD 21094<br>Filed: 10/11/13 | 7100<br>UNSEC | 0.00 | 1,406.46 | 1,406.46 | 0.00 | 1,406.46 |
| 00003 | Ford Motor Credit Company<br>PO Box 62180<br>Colorado Springs, CO 80962<br>Filed: 12/04/17 | 7100<br>UNSEC | 19,038.00 | 10,244.46 | 10,244.46 | 0.00 | 10,244.46 |
| 00004 | Discover Bank Discover<br>PO Box 3025<br>New Albany, OH 43054<br>Filed: 12/05/17 | 7100<br>UNSEC | 514.00 | 1,466.65 | 1,466.65 | 0.00 | 1,466.65 |
| 00005A | IL Dept of Revenue-<br>PO Box 19035<br>Springfield, IL 62794<br>Filed: 01/18/18 | 7100<br>UNSEC | 4,768.00 | 6,938.50 | 6,938.50 | 0.00 | 6,938.50 |
| 00006B | IL Dept Employ Security<br>33 South State Street<br>Attn:  Bankruptcy Unit - 10th Floor<br>Chicago, IL 60603<br>Claim withdrawn/amended to $0 - 8/21/18 [Dkt. No. 29] | 7100<br>UNSEC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 00007 | First Midwest Bank<br>c/o Miriam R. Stein<br>Chuhak & Tecson, P.C<br>30 S. Wacker Drive, Suite 2600<br>Chicago, IL 60606<br>Filed: 06/19/18 | 7200<br>TARDY | 3,062,000.00 | 1,300,000.00 | 1,300,000.00 | 0.00 | 1,300,000.00 |
| **UNSECURED TOTAL** | | | **3,086,320.00** | **1,320,859.53** | **1,320,859.53** | **0.00** | **1,320,859.53** |

EXHIBIT C Page 3

Case:  13-25553                                                                                          Elizabeth C Berg
Daniel E. Brown                                                                                          CLAIMS REGISTER
                                                                                                         EXHIBIT C Page 3
Claims Bar Date: 03/02/18    Government Bar Date: 03/02/18

| Claim No. | Creditors | UTC | Scheduled | Claimed | Allowed | Paid | Balance |
|---|---|---|---:|---:|---:|---:|---:|
| **REPORT TOTALS** | | | **3,126,953.00** | **1,548,158.26** | **1,548,158.26** | **155,892.00** | **1,392,266.26** |

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.:   13-25553
Case Name:  Daniel E. Brown

Trustee Name:   Elizabeth C Berg

| | Balance on Hand | $323,911.05 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 00006 | IL Dept Employ Security | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

| Total to be paid to secured creditors | $ 0.00 |
|---|---|
| Remaining Balance | $ 323,911.05 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees: Elizabeth C. Berg, Trustee | $ 25,000.00 | $ 0.00 | $ 25,000.00 |
| Trustee, Expenses: Elizabeth C. Berg, Trustee | $ 44.73 | $ 0.00 | $ 44.73 |
| Attorney for Trustee, Fees: Baldi Berg, Ltd. | $ 4,572.00 | $ 0.00 | $ 4,572.00 |
| Accountant for Trustee, Fees: Kutchins, Robbins & Diamond | $ 1,484.00 | $ 0.00 | $ 1,484.00 |
| Other: United States Treasury (IRS) | $ 134,751.00 | $ 134,751.00 | $ 0.00 |
| Other: IL Dept of Revenue | $ 21,141.00 | $ 21,141.00 | $ 0.00 |

| Total to be paid for chapter 7 administrative expenses | $ 31,100.73 |
|---|---|
| Remaining Balance | $ 292,810.32 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $40,306.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed Priority Claims are:

UST Form 101-7-TFR (5/1/2011) Page 11

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 00005 | IL Dept of Revenue-BANKRUPTCY | $ 40,306.00 | $ 0.00 | $ 40,306.00 |
| 00006A | IL Dept Employ Security | $ 0.00 | $ 0.00 | $ 0.00 |
| Total to be paid to priority creditors | | | | $ 40,306.00 |
| Remaining Balance | | | | $ 252,504.32 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $20,859.53 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 %, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 00001 | Michael Foods, Inc. | $ 803.46 | $ 0.00 | $ 803.46 |
| 00002 | Hibu Inc f/k/a Yellowbook Inc c/o RMS | $ 1,406.46 | $ 0.00 | $ 1,406.46 |
| 00003 | Ford Motor Credit Company LLC | $ 10,244.46 | $ 0.00 | $ 10,244.46 |
| 00004 | Discover Bank Discover Products Inc | $ 1,466.65 | $ 0.00 | $ 1,466.65 |
| 00005A | IL Dept of Revenue-BANKRUPTCY | $ 6,938.50 | $ 0.00 | $ 6,938.50 |
| 00006B | IL Dept Employ Security | $ 0.00 | $ 0.00 | $ 0.00 |
| Total to be paid to timely general unsecured creditors | | | | $ 20,859.53 |
| Remaining Balance | | | | $ 231,644.79 |

Tardily filed claims of general (unsecured) creditors totaling $1,300,000.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 17.8 %, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 00007 | First Midwest Bank | $ 1,300,000.00 | $ 0.00 | $ 231,644.79 |
| Total to be paid to tardy general unsecured creditors | | | | $ 231,644.79 |
| Remaining Balance | | | | $ 0.00 |

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 %, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE