UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                             §
Daniel E. Brown                    §    Case No. 13-25553
                                   §
              Debtor(s)            §
                                   §
                                   §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   Elizabeth C Berg, Chapter 7 Trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $509,500.00 (Without deducting any secured claims) | Assets Exempt: $453,250.00 |
| Total Distributions to Claimants: $293,408.94 | Claims Discharged Without Payment: $0.00 |
| Total Expenses of Administration: $187,590.24 | |

   3) Total gross receipts of $480,999.18 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $480,999.18 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010) (Page: 1)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,074,119.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | $188,162.24 | $187,590.24 | $187,590.24 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $81,266.00 | $40,306.00 | $40,306.00 | $40,306.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $3,321,499.00 | $1,320,859.53 | $1,320,859.53 | $253,102.94 |
| **TOTAL DISBURSEMENTS** | $4,476,884.00 | $1,549,327.77 | $1,548,755.77 | $480,999.18 |

4) This case was originally filed under chapter 7 on 06/21/2013. The case was pending for 67 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated :    01/07/2019            By :    /s/ Elizabeth C Berg
                                         Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4 (a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE [1] | AMOUNT RECEIVED |
|---|---|---|
| Debtor's interest in Class Action Lawsuit v. SuperValu | 1229-000 | $480,753.20 |
| Post Petition Intererst | 1270-000 | $245.98 |
| **TOTAL GROSS RECEIPTS** | | **$480,999.18** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| NA | NA | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$0.00** |

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 00006 | IL Dept Employ Security | 4800-000 | NA | $0.00 | $0.00 | $0.00 |
| | Ally Financial | | $40,735.00 | NA | NA | $0.00 |
| | Bank Of America, N.A. | | $426,759.00 | NA | NA | $0.00 |
| | Bank Of America, N.A. | | $59,575.00 | NA | NA | $0.00 |
| | Bank Of America, N.A. | | $55,061.00 | NA | NA | $0.00 |
| | David Corbett IRA Trust | | $375,000.00 | NA | NA | $0.00 |
| | Sst/Medallion | | $22,757.00 | NA | NA | $0.00 |
| | Suntrust Bk Tampa Bay | | $49,197.00 | NA | NA | $0.00 |
| | Suntrust Bk Tampa Bay | | $45,035.00 | NA | NA | $0.00 |
| | **TOTAL SECURED** | | **$1,074,119.00** | **$0.00** | **$0.00** | **$0.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Elizabeth C. Berg, Trustee | 2100-000 | NA | $25,000.00 | $25,000.00 | $25,000.00 |
| United States Treasury (IRS) | 2810-000 | NA | $134,751.00 | $134,751.00 | $134,751.00 |
| IL Dept of Revenue | 2820-000 | NA | $21,141.00 | $21,141.00 | $21,141.00 |
| Baldi Berg, Ltd. | 3110-000 | NA | $4,572.00 | $4,000.00 | $4,000.00 |
| Elizabeth C. Berg, Trustee | 2200-000 | NA | $44.73 | $44.73 | $44.73 |
| Kutchins, Robbins & Diamond | 3410-000 | NA | $1,484.00 | $1,484.00 | $1,484.00 |
| Texas Capital Bank | 2600-000 | NA | $1,169.51 | $1,169.51 | $1,169.51 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $188,162.24 | $187,590.24 | $187,590.24 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN FEES AND CHARGES** | | NA | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Department of Revenue | | $40,633.00 | NA | NA | $0.00 |
| 00005 | IL Dept of Revenue-BANKRUPTCY | 5800-000 | $40,633.00 | $40,306.00 | $40,306.00 | $40,306.00 |
| 00006A | IL Dept Employ Security | 5800-000 | NA | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $81,266.00 | $40,306.00 | $40,306.00 | $40,306.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (FROM Form 6F) | CLAIMS ASSERTED (FROM Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 00007 | First Midwest Bank | 7200-000 | $3,062,000.00 | $1,300,000.00 | $1,300,000.00 | $232,243.41 |

UST Form 101-7-TDR (10/1/2010) (Page: 4)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (FROM Form 6F) | CLAIMS ASSERTED (FROM Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 00006B | IL Dept Employ Security | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 00005A | IL Dept of Revenue-BANKRUPTCY | 7100-000 | $4,768.00 | $6,938.50 | $6,938.50 | $6,938.50 |
| 00004 | Discover Bank Discover Products | 7100-000 | $514.00 | $1,466.65 | $1,466.65 | $1,466.65 |
| 00003 | Ford Motor Credit Company LLC | 7100-000 | $19,038.00 | $10,244.46 | $10,244.46 | $10,244.46 |
| 00002 | Hibu Inc f/k/a Yellowbook Inc | 7100-000 | NA | $1,406.46 | $1,406.46 | $1,406.46 |
| 00001 | Michael Foods, Inc. | 7100-000 | NA | $803.46 | $803.46 | $803.46 |
|  | 5 STAR |  | $520.00 | NA | NA | $0.00 |
|  | ADT security |  | $136.00 | NA | NA | $0.00 |
|  | ALSUM FARMS & PRODUCE |  | $7,301.00 | NA | NA | $0.00 |
|  | AMERICAN BEVERAGE |  | $643.00 | NA | NA | $0.00 |
|  | ARAMARK |  | $850.00 | NA | NA | $0.00 |
|  | BAKERS BASKET, INC |  | $1,207.00 | NA | NA | $0.00 |
|  | Chase |  | $29,237.00 | NA | NA | $0.00 |
|  | Chase |  | $24,870.00 | NA | NA | $0.00 |
|  | Chase |  | $19,500.00 | NA | NA | $0.00 |
|  | COZZINI BROS |  | $202.00 | NA | NA | $0.00 |
|  | Crown Lift Truck |  | $1,687.00 | NA | NA | $0.00 |
|  | EDY'S ICE CREAM |  | $241.00 | NA | NA | $0.00 |
|  | EICKMAN'S PROCESSING CO |  | $616.00 | NA | NA | $0.00 |
|  | ENVIRONMENTAL |  | $360.00 | NA | NA | $0.00 |
|  | FEDEX |  | $41.00 | NA | NA | $0.00 |
|  | FILTER SERVICES IL |  | $320.00 | NA | NA | $0.00 |
|  | Fox Valley Fire Co |  | $244.00 | NA | NA | $0.00 |
|  | FRITO LAY INC. |  | $3,169.00 | NA | NA | $0.00 |
|  | GLACIER WATER |  | $1,555.00 | NA | NA | $0.00 |
|  | GORDON FOOD SERVICE |  | NA | NA | NA | $0.00 |
|  | HARVARD DONUT |  | $121.00 | NA | NA | $0.00 |
|  | HOBART CORP. |  | $367.00 | NA | NA | $0.00 |

Case 13-25553 Doc 40 Filed 02/21/19 Entered 02/21/19 09:52:51 Desc Main
Document Page 6 of 14

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (FROM Form 6F) | CLAIMS ASSERTED (FROM Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | KEHE FOODS | | $1,378.00 | NA | NA | $0.00 |
| | KELLOGGS SNACKS | | $48.00 | NA | NA | $0.00 |
| | KEMPS LLC | | $29,708.00 | NA | NA | $0.00 |
| | KENNICOTT | | $326.00 | NA | NA | $0.00 |
| | LABEL FORCE | | $188.00 | NA | NA | $0.00 |
| | M & M NEWS AGENCY | | $335.00 | NA | NA | $0.00 |
| | MONDELEZ GLOBAL, LLC | | $2,735.00 | NA | NA | $0.00 |
| | MRS FISHER'S | | $311.00 | NA | NA | $0.00 |
| | NICHOLAS PAPA COFFEE | | $1,801.00 | NA | NA | $0.00 |
| | NORTH COUNTRY BUSINESS | | $805.00 | NA | NA | $0.00 |
| | NORTHERN IL DISPOSAL SERVICE | | $441.00 | NA | NA | $0.00 |
| | PEPSI COLA GENERAL BOT.INC. | | $110.00 | NA | NA | $0.00 |
| | PIEMONTE BAKERY CO | | $337.00 | NA | NA | $0.00 |
| | PRIDHAM ELECTRONICS, INC. | | $135.00 | NA | NA | $0.00 |
| | RUG DOCTOR INC | | $223.00 | NA | NA | $0.00 |
| | SARA LEE BAKERY GROUP/ | | NA | NA | NA | $0.00 |
| | SHAW SUBURBAN MEDIA | | $11,387.00 | NA | NA | $0.00 |
| | SNYDER'S OF HANOVER | | $596.00 | NA | NA | $0.00 |
| | SUMPTER SALES INC. | | $729.00 | NA | NA | $0.00 |
| | Supervalu Foods | | $78,814.00 | NA | NA | $0.00 |
| | SWISHER INTERNATIONAL | | $208.00 | NA | NA | $0.00 |
| | SWISS MAID BAKERY | | $893.00 | NA | NA | $0.00 |
| | SYSCO BARABOO | | $1,057.00 | NA | NA | $0.00 |
| | TURANO BAKING CO. | | $78.00 | NA | NA | $0.00 |
| | VOORTMAN COOKIES | | $37.00 | NA | NA | $0.00 |
| | WDKB RADIO | | $6,798.00 | NA | NA | $0.00 |
| | WIRTZ & BEVERAGE | | $2,514.00 | NA | NA | $0.00 |

| | | | | |
|---|---|---|---|---|
| **TOTAL GENERAL UNSECURED CLAIMS** | $3,321,499.00 | $1,320,859.53 | $1,320,859.53 | $253,102.94 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 13-25553 | Judge: | Janet S. Baer | Trustee Name: | Elizabeth C Berg |
|---|---|---|---|---|---|
| Case Name: | Daniel E. Brown | | | Date Filed (f) or Converted (c): | 06/21/2013 (f) |
| | | | | 341(a) Meeting Date: | 07/29/2013 |
| For Period Ending: | 01/07/2019 | | | Claims Bar Date: | 03/02/2018 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1. | 210 76th Street Holmes Beach, FL 34217 | 450,000.00 | 0.00 | | 0.00 | FA |
| 2. | 2304 45th Street East Bradenton, FL 34208 | 350,000.00 | 0.00 | | 0.00 | FA |
| 3. | 1/2 interest in Furniture and Misc. Household goods | 1,000.00 | 0.00 | | 0.00 | FA |
| 4. | Clothing of an adult Male | 250.00 | 0.00 | | 0.00 | FA |
| 5. | 401k Brown's Supermarket, Inc | 2,000.00 | 0.00 | | 0.00 | FA |
| 6. | UFCW Pension Fund Pension vested | Unknown | 0.00 | | 0.00 | FA |
| 7. | 100% of Stock in Brown's Supermarket, Inc. In Chapter 7 | 0.00 | 0.00 | | 0.00 | FA |
| 8. | 100 % of Stock in DANZ, Inc. no assets | 0.00 | 0.00 | | 0.00 | FA |
| 9. | 2011 Ford F250 45,000 miles | 38,000.00 | 0.00 | | 0.00 | FA |
| 10. | 2012 Ford F250 | 45,000.00 | 0.00 | | 0.00 | FA |
| 11. | 2010 Ford FLEX 130,000 miles | 15,000.00 | 0.00 | | 0.00 | FA |
| 12. | 2013 Jeep 120,000 miles | 36,500.00 | 0.00 | | 0.00 | FA |
| 13. | 2007 Searay 25 SLX<br>Stay lifted per order 9/5/13 [Dkt. 14] | 25,000.00 | 0.00 | | 0.00 | FA |
| 14. | Debtor's interest in Class Action Lawsuit v. SuperValu (u)<br>Non-scheduled class action lawsuit known as "In re Wholesale Grocery Products Antitrust Litigation pending in United States District Court for Dst. of Minnesota (Case No. 09-MD-02090- ADM-TNL) | 0.00 | 480,753.20 | | 480,753.20 | FA |
| INT. | Post Petition Intererst (u)<br>Trustee invested the Estate's funds into an interest bearing account | 0.00 | NA | | 245.98 | FA |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: 13-25553 | Judge: Janet S. Baer | Trustee Name: Elizabeth C Berg |
|---|---|---|
| Case Name: Daniel E. Brown | | Date Filed (f) or Converted (c): 06/21/2013 (f) |
| | | 341(a) Meeting Date: 07/29/2013 |
| For Period Ending: 01/07/2019 | | Claims Bar Date: 03/02/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| | | | | | **Gross Value of Remaining Assets** |
| TOTALS (Excluding Unknown Values) | 962,750.00 | 480,753.20 | | 480,999.18 | 0.00 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**September 30, 2018:** This case was filed in June 2013.  The Trustee reviewed the Debtor's schedules of assets and liabilities, statements of financial affairs and conducted a section 341 examination of the Debtor.
**Thereafter, Trustee determined there were no assets of value and, on July 31, 2013, filed a report of no distribution.  On October 3, 2013, this case was closed and the Trustee was discharged.**
**In or about October 2017, Trustee became aware of the Debtor's interest in an unscheduled class action lawsuit ("Lawsuit").  Debtor, as the former principal of Brown's Supermarket, Inc.,  was entitled to recover a portion**
**of the proposed settlement proceeds from the Lawsuit based upon the pre-petition purchases by Brown's Supermaket.   Pursuant to this Court's order dated November 17, 2017 [Dkt. 19], this case was re-opened to**
**administer the Estate's interest in the Lawsuit and, then, the UST reappointed Ms. Berg as the chapter 7 trustee.   Upon her reappointment, Trustee retained attorneys and accountants to assist her in the administration of**
**this case.  Trustee collected the Debtor's share of the settlement proceeds from the Lawsuit; Trustee reviewed, analyzed and verified claims filed against the Estate.  Trustee resolved claims issues without the need for any**
**formal claim objections.  Trustee oversaw the preparation and filing of Estate tax matters and otherwise prepared this case to be closed.  Trustee prepared her TFR.**
**TFR approved and final distribution sent out in October 2018.  Trustee will file TDR when distribution checks clear and estimates case closing in early 2019.**

| | |
|---|---|
| **Initial Projected Date of Final Report(TFR) :** | **Current Projected Date of Final Report(TFR) :** 08/28/2018 |

| **Trustee's Signature** | /s/Elizabeth C Berg | **Date:** 01/07/2019 |
|---|---|---|
| | Elizabeth C Berg | |
| | P. O. Box 2399 | |
| | Glen Ellyn, IL 60138-2399 | |
| | Phone : (312) 726-8150 | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No: 13-25553 | Trustee Name: | Elizabeth C Berg |
| Case Name: Daniel E. Brown | Bank Name: | Texas Capital Bank |
| | Account Number/CD#: | ******5377 Checking Account |
| Taxpayer ID No: **-***6082 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: 1/7/2019 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 03/13/2018 | [14] | Champaign DC Non-Arbitration Class Settlement Fund<br>c/o JND Legal Administration<br>PO Box 6908<br>Broomfield, CO 80021 | Class Action Lawsuit proceeds | 1229-000 | 480,753.20 | | 480,753.20 |
| 03/30/2018 | [INT] | Texas Capital Bank | Interest from Bank | 1270-000 | 26.34 | | 480,779.54 |
| 04/03/2018 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 498.39 | 480,281.15 |
| 04/30/2018 | [INT] | Texas Capital Bank | Interest Earned | 1270-000 | 39.48 | | 480,320.63 |
| 05/03/2018 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 671.12 | 479,649.51 |
| 05/31/2018 | [INT] | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Interest Earned | 1270-000 | 40.74 | | 479,690.25 |
| | | | | Page Subtotals | 480,859.76 | 1,169.51 | |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 13-25553 | | | Trustee Name: | Elizabeth C Berg |
|---|---|---|---|---|---|
| Case Name: | Daniel E. Brown | | | Bank Name: | Texas Capital Bank |
| | | | | Account Number/CD#: | ******5377 Checking Account |
| Taxpayer ID No: | **-***6082 | | | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 1/7/2019 | | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 06/29/2018 | [INT] | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Interest Earned | 1270-000 | 39.43 | | 479,729.68 |
| 07/31/2018 | [INT] | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Interest Earned | 1270-000 | 40.74 | | 479,770.42 |
| 08/07/2018 | 51001 | Illinois Department of Revenue<br>P.O. Box 19053<br>Springfield, IL 62794-9053 | State Tax Due for Tax Year 2018<br>FEIN:***6082<br>IL-1041-V | 2820-000 | | 21,141.00 | 458,629.42 |
| 08/07/2018 | 51002 | United States Treasury | 2018 Form 1041 - Federal Tax Due<br>EIN: ***6082 | 2810-000 | | 134,751.00 | 323,878.42 |
| 08/31/2018 | [INT] | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Interest Earned | 1270-000 | 32.63 | | 323,911.05 |
| 09/28/2018 | [INT] | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Interest Earned | 1270-000 | 26.62 | | 323,937.67 |
| | | | | Page Subtotals | 139.42 | 155,892.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 11)                                                        **Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 13-25553 | | Trustee Name: | Elizabeth C Berg |
| Case Name: | Daniel E. Brown | | Bank Name: | Texas Capital Bank |
| | | | Account Number/CD#: | ******5377 Checking Account |
| Taxpayer ID No: | **-***6082 | | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 1/7/2019 | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 10/22/2018 | 51003 | Elizabeth C. Berg, Trustee<br>PO Box 2399<br>Glen Ellyn, IL 60138-2399 | Trustee's Compensation | 2100-000 | | 25,000.00 | 298,937.67 |
| 10/22/2018 | 51004 | Elizabeth C. Berg, Trustee<br>PO Box 2399<br>Glen Ellyn, IL 60138-2399 | Trustee Expenses | 2200-000 | | 44.73 | 298,892.94 |
| 10/22/2018 | 51005 | Baldi Berg, Ltd.<br>PO Box 2399<br>Glen Ellyn, IL 60138-2399 | Final Comp - TR Attys | 3110-000 | | 4,000.00 | 294,892.94 |
| 10/22/2018 | 51006 | Kutchins, Robbins & Diamond<br>1101 Perimeter Dr., Suite760<br>Schaumburg, IL 60173 | | 3410-000 | | 1,484.00 | 293,408.94 |
| 10/22/2018 | 51007 | IL Dept of Revenue-BANKRUPTCY<br>PO Box 19035<br>Springfield, IL 62794 | Disb of 100.00% to Claim #00005 | 5800-000 | | 40,306.00 | 253,102.94 |
| 10/22/2018 | 51008 | Michael Foods, Inc.<br>301 Carlson Pkwy Ste 400<br>Minnetonka, MN 55305 | Disb of 100.00% to Claim #00001 | 7100-000 | | 803.46 | 252,299.48 |
| 10/22/2018 | 51009 | Hibu Inc f/k/a Yellowbook Inc c/o RMS Bankruptcy Recovery Services<br>PO Box 5126<br>Timonium, MD 21094 | Disb of 100.00% to Claim #00002 | 7100-000 | | 1,406.46 | 250,893.02 |
| | | | | Page Subtotals | 0.00 | 73,044.65 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 13-25553 | Trustee Name: Elizabeth C Berg |
| Case Name: Daniel E. Brown | Bank Name: Texas Capital Bank |
| | Account Number/CD#: ******5377 Checking Account |
| Taxpayer ID No: **-***6082 | Blanket bond (per case limit): 5,000,000.00 |
| For Period Ending: 1/7/2019 | Separate bond (if applicable): 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 10/22/2018 | 51010 | Ford Motor Credit Company LLC<br>PO Box 62180<br>Colorado Springs, CO 80962 | Disb of 100.00% to Claim #00003 | 7100-000 | | 10,244.46 | 240,648.56 |
| 10/22/2018 | 51011 | Discover Bank Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054 | Disb of 100.00% to Claim #00004 | 7100-000 | | 1,466.65 | 239,181.91 |
| 10/22/2018 | 51012 | IL Dept of Revenue-BANKRUPTCY<br>PO Box 19035<br>Springfield, IL 62794 | Disb of 100.00% to Claim #00005A | 7100-000 | | 6,938.50 | 232,243.41 |
| 10/22/2018 | 51013 | First Midwest Bank<br>c/o Miriam R. Stein<br>Chuhak & Tecson, P.C<br>30 S. Wacker Drive, Suite 2600<br>Chicago, IL 60606 | Disb of 17.86% to Claim #00007 | 7200-000 | | 232,243.41 | 0.00 |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 250,893.02 |
| **COLUMN TOTALS** | 480,999.18 | 480,999.18 |
| Less:Bank Transfer/CD's | 0.00 | 0.00 |
| **SUBTOTALS** | 480,999.18 | 480,999.18 |
| Less: Payments to Debtors | | 0.00 |
| **Net** | 480,999.18 | 480,999.18 |

UST Form 101-7-TDR (10/1/2010) (Page 13)                                                            **Exhibit 9**

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 13-25553 | Trustee Name: | Elizabeth C Berg |
| Case Name: | Daniel E. Brown | Bank Name: | Texas Capital Bank |
| | | Account Number/CD#: | ******5377 Checking Account |
| Taxpayer ID No: | **-***6082 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 1/7/2019 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | Uniform Trans. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | | Deposits($) | Disbursements($) | Account/ CD Balance($) |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| All Accounts Gross Receipts: | 480,999.18 | TOTAL-ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| All Accounts Gross Disbursements: | 480,999.18 | ******5377 Checking Account | 480,999.18 | 480,999.18 | |
| All Accounts Net: | 0.00 | **Net Totals** | 480,999.18 | 480,999.18 | 0.00 |

UST Form 101-7-TDR (10/1/2010) (Page 14)

**Exhibit 9**